IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL NO. 2:07CV28

| | |
|---|---|
| B. DIANE YARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | <u>J U D G M E N T</u> |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **DENIED**; the Defendant's motion for summary judgment is **ALLOWED**; the decision of the Commissioner that the Plaintiff was not disabled and entitled to social security benefits before September 7, 2004, is **AFFIRMED**; and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

2

Signed: August 26, 2009

Lacy H. Thornburg
United States District Judge